No. 72–6153. RUDERER *v.* UNITED STATES ARMY AVIATION MATERIEL COMMAND ET AL. Appeal from D. C. E. D. Ill. dismissed for want of jurisdiction. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal.